UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

AUG 16 2017

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| vs. | § | CRIMINAL NO. 4:17-CR- |
| | § | |
| REYES HERNANDEZ | § | 17-CR 500 |
| Defendant | § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about June 7, 2017, in the Houston Division of the Southern District of Texas, the defendant,

**REYES HERNANDEZ**

knowingly sold a firearm, that is, a Sig Sauer, model 1911, .45 caliber pistol, to G. V., knowing and having reasonable cause to believe that G. V. had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, § 922(d).

TRUE BILL:

ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
United States Attorney

By: _____
Celia Moyer
Assistant United States Attorney